# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 5, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 07, 2020
DEBORAH S. HUNT, Clerk

Re: Kim Davis
v. David Ermold, et al.
No. 19-926
(Your No. 17-6119, 17-6120, 17-6226, 17-6233)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Statement of Justice Thomas, with whom Justice Alito joins, respecting the denial of certiorari.

Sincerely,

**Scott S. Harris**, Clerk